HANSKI PARTNERS LLC
4 INTERNATIONAL DR, STE 110
RYE BROOK, NY 10573

November 5, 2026

Via ECF
The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re: Request to Adjourn or Cancel Nov. 6 Initial Pretrial Conference due to Defendants' Failure to Appear, and to set December 6, 2026 for Plaintiff to Move for a Default Judgment against Defendants*

*Kreisler v. East 53 St Operating LLC et al; Civil Case No. 1:26-cv-06196*

Dear Judge Liman:

Hanski Partners represent Plaintiff Todd Kreisler in the above-entitled action. We write to respectfully ask the Court to adjourn or cancel the Initial Pretrial Conference set for November 6, 2026 as the named Defendants, East 53 St Operating LLC and John-Phil Tavern Corp, have failed to appear. We also apoligize for the belated request to adjourn or cancel the Initial Pretrial Conference.

As shown in the Affirmations of Service filed to the docket, Plaintiff served both Defendants with the Summons and Complaint on July 31, 2026, and their Answers were due by August 21, 2026. Dkt. Nos. 6, 7. The Clerk of Court issued a Certificate of Default against both Defendants on October 6, 2026. Dkt. No. 13. Given Defendants' default, Plaintiff respectfully aska the Court to set December 6, 2026 as the date for Plaintiff to move for a default judgment against Defendants.

Thank you for your time and attention to this matter.

Respectfully,

/s/ Adam S. Hanski
Adam S. Hanski

Plaintiff's request is GRANTED. The initial pretrial conference previously scheduled for November 6, 2026 at 11:00 a.m. is ADJOURNED *sine die*. By December 7, 2026, Plaintiff shall file its motion for default judgment. Any opposition to the motion for default judgment shall be filed no later than December 29, 2026. The Court will hold a telephonic hearing on the motion for default judgment on January 6, 2027 at 4:00 p.m. Parties are directed to dial into the Court's teleconference line at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Plaintiff is directed to serve this Order and the motion for default judgment on Defendants and to file proof of such service on the docket. Plaintiff is also directed to indicate the date and time of the telephonic hearing and the deadline for filing any opposition to the motion for default judgment in its Notice of Motion.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 5, 2026